# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 24CR1228-JLS |
|---|---|
| Plaintiff, | |
| v. | **ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |
| GUILLERMO LUNA ROBLES LINARES, | |
| Defendant. | |

    Pursuant to joint motion, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting presently scheduled for September 6, 2024 shall be continued to **October 11, 2024** at **1:30 p.m.** Defendant shall file an acknowledgment of the new hearing date within one week of this order.

    For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Thus, the Court finds that time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) as well as pursuant to 18 U.S.C. § 3161(h)(1)(D).

    IT IS SO ORDERED.

Dated: September 4, 2024

                                      *Janis L. Sammartino*
                                      Hon. Janis L. Sammartino
                                      United States District Judge